IMAR MORTGAGE CORPORATION, Respondent, *v.* TICOLI
REALTY CORPORATION et al., Defendants, and STETSON
REALTY CORPORATION, Appellant.

(Argued October 14, 1931; decided November 17, 1931.)

*David S. Elgot* and *Walter J. Loria* for appellant.

*Alexander Pfeiffer* and *Joseph Lotterman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.